UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLOBAL NAPS CALIFORNIA, INC., | Case No. CV 09-1927 ODW (PJWx) |
| Petitioner, | |
| v. | |
| PUBLIC UTILITIES COMMISSION OF THE STATE OF CALIFORNIA, | JUDGMENT |
| Respondent. | |
| PACIFIC BELL TELEPHONE COMPANY, d/b/a AT&T CALIFORNIA, | |
| Intervenor. | |

This action came on for hearing before the Court, Honorable Otis D. Wright II, District Judge, presiding, and the issues having been duly heard and decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed on the merits.

The parties shall bear their own costs.

DATED: April 28, 2010

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE